STATE OF CONNECTICUT *v.* FLOYD JOHNSON
(10252)

DALY, O'CONNELL and FOTI, Js.

Argued February 8—decision released March 2, 1993

*Ross M. Delaney,* assistant public defender, for the appellant (defendant).

*James M. Ralls,* assistant state's attorney, with whom, on the brief, were *John M. Bailey,* state's attorney, and *Kevin Murphy,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.